CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROGER WALKER,<br><br>          *Plaintiff,*<br><br>v.<br><br>ROBERT P. DWOSKIN,<br><br>          *Defendant.* | CIVIL NO. 3:09cv00004<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Notice of Removal of this action from the Circuit Court of Albemarle County [docket no. 1]. For the reasons stated in the accompanying Memorandum Opinion, this case shall be REMANDED to the Circuit Court of Albemarle County for any and all further proceedings. This case is hereby TERMINATED, and shall be STRICKEN from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record and to the Clerk of the Circuit Court of Albemarle County. The Clerk is further directed to return the original case file, if it has already been transmitted to this Court, to the Circuit Court of Albemarle County.

ENTERED: This 12th Day of February, 2009.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE